1 | Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
2 | REED SMITH LLP
Two Embarcadero Center, Suite 2000
3 | San Francisco, CA 94111
Telephone:    415.543.8700
4 | Facsimile:    415.391.8269

5 | Eugenia Chern (SBN 215092)
Email: echern@reedsmith.com
6 | REED SMITH LLP
1999 Harrison Street, Suite 2400
7 | Oakland, CA  94612-3572
Telephone:    510.763.2000
8 | Facsimile:    510.273.8832

9 | Attorneys for Defendants
Anheuser-Busch, Incorporated erroneously sued
10 | as "Anheuser-Busch Companies, Inc." and
Anheuser-Busch Companies, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY PITTS, | No.: 2:07-CV-02248-LKK-JFM |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CORRECTLY IDENTIFY DEFENDANT "ANHEUSER-BUSCH COMPANIES, INC." AS "ANHEUSER-BUSCH, INCORPORATED" AND FOR DISMISSAL OF DEFENDANT ANHEUSER-BUSCH COMPANIES, INC. WITHOUT PREJUDICE** |
| vs. | |
| ANHEUSER-BUSCH COMPANIES, INC., D&D INDUSTRIAL CONTRACTING, INC., KRONES, INC., and DOES 1 through 20, INCLUSIVE, | |
| Defendants. | Honorable Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between plaintiff Anthony Pitts and defendants Anheuser-Busch, Incorporated erroneously sued as "Anheuser-Busch Companies, Inc.", Anheuser Busch Companies, Inc., D&D Industrial Contracting, Inc., and Krones, Inc. through their attorneys of record, as follows:

  1.  Plaintiff has incorrectly named "Anheuser-Busch Companies, Inc." as a defendant;

  2.  The correct entity is Anheuser-Busch, Incorporated and Anheuser-Busch,

– 1 –   DOCSOAK-9888774.1-SJPARK

Stipulation and [Proposed] Order to Correctly Identify Defendant "Anheuser-Busch Companies, Inc." as "Anheuser-Busch, Incorporated" and for Dismissal of Defendant Anheuser-Busch Companies, Inc. Without Prejudice

Incorporated shall appear in the above-captioned action instead of incorrectly named entity "Anheuser-Busch Companies, Inc.";

3. Anheuser-Busch Companies, Inc. is no longer a party to the above-captioned action and the Court may make and enter an order dismissing defendant Anheuser-Busch Companies, Inc. only without prejudice from the above-captioned action; and

4. Anheuser-Busch, Incorporated agrees that it will not contend that Anheuser-Busch Companies, Inc. bears any proportionate or comparative liability for the events alleged in the complaint and will not assert any such liability as a defense to plaintiff's claims.

DATED: October 31, 2007.

HODSON & MULLIN

By    /s/ Samuel C. Mullin III (as authorized on October 31, 2007)
    Samuel C. Mullin III
    Attorney for Plaintiff
    Anthony Pitts

DATED: November 2, 2007.

REED SMITH LLP

By    /s/ Eugenia Chern
    Robert D. Phillips, Jr.
    Eugenia Chern
    Attorneys for Defendants
    Anheuser-Busch, Incorporated erroneously sued as "Anheuser-Busch Companies, Inc." and Anheuser-Busch Companies, Inc.

– 2 –   DOCSOAK-9888774.1-SJPARK

Stipulation and [Proposed] Order to Correctly Identify Defendant "Anheuser-Busch Companies, Inc." as "Anheuser-Busch, Incorporated" and for Dismissal of Defendant Anheuser-Busch Companies, Inc. Without Prejudice

DATED:  October 31, 2007.

          LAPLANTE, SPINELLI, DONALD & NOTT, P.C.

By   /s/ Ross R. Nott (as authorized on October 31, 2007)
    Ross R. Nott
    Attorney for Defendant
    D&D Industrial Contracting, Inc.

DATED:  November 2, 2007.

          COSTELLA AND ASSOCIATES

By   /s/ John C. Graves (as authorized on November 2, 2007
    John C. Graves
    Joseph Costella
    Attorneys for Defendant
    Krones, Inc.

**IT IS SO ORDERED.**

DATED: November 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –   DOCSOAK-9888774.1-SJPARK

Stipulation and [Proposed] Order to Correctly Identify Defendant "Anheuser-Busch Companies, Inc." as "Anheuser-Busch, Incorporated" and for Dismissal of Defendant Anheuser-Busch Companies, Inc. Without Prejudice