UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PITTS,

      Plaintiff,

  v.

ANHEUSER-BUSCH COMPANIES, INC., D&D INDUSTRIAL CONTRACTING, INC., KRONES, INC., and DOES 1 through 20, inclusive,

      Defendants.
_____/

NO. CIV. S-07-2248 LKK/JFM

**O R D E R**

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1

1      IT IS ORDERED that any hearing dates currently set before the
2 undersigned are **VACATED.**
3      IT IS FURTHER ORDERED that the Clerk of the Court reassign this
4 case to the Honorable John F. Moulds.  All future documents filed
5 in the above-captioned case shall reference the following case
6 number:  No. Civ. S-07-2248 JFM.
7      DATED:  January 11, 2008

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

11      Having also reviewed the file, I accept reference of this case
12 for all further proceedings and entry of final judgment.
13      DATED: January 11, 2008.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/pitts.con

2