CATHARINE A. CHING (SBN 139963)
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, California 95670
Telephone: 916/638-6610
Facsimile: 916/638-6607

Attorneys for Defendant
Krones, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PITTS, | Case No.: 2:07-CV-02248-JFM |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL OF KRONE'S INC.'S CROSS–COMPLAINT AGAINST ANHEUSER-BUSCH, WITH PREJUDICE |
| vs. | |
| ANHEUSER-BUSCH COMPANIES, INC., D&D INDUSTRIAL CONTRACTING, INC., KRONES, INC. and DOES 1-20, INCLUSIVE, | |
| Defendants. | |

Cross-Complainant Krones Inc. and cross-defendant Anheuser-Busch, by and through their counsel of record, stipulate, subject to court approval, that the cross-complaint filed by Krones Inc. is dismissed as to cross-defendant Anheuser-Busch only, with prejudice.

DATED: January 22, 2008                    ELIE & ASSOCIATES


By: ___/s/_____
     CATHARINE A. CHING
     Attorneys for Cross-Defendant
     Krones, Inc.

///

///

///

1

1  DATED: January 22, 2008                              REED SMITH, LLP

3                                                       By:  _____/s/_____
                                                        Samuel J. Park, Attorney for
4                                                       Cross-defendant Anheuser-Busch

5                                           * * *

6        GOOD CAUSE EXISTING, THEREFORE, IT IS SO ORDERED:

7  DATED: February 6, 2008.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

11  /pitts.stip